1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Ste. 112
Fresno, California 93720
3  Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5  Attorney for Defendant, CATHERINE O'CONNOR

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )   CASE #6:07-mj-00146-WMW
                                        )
11                                      )
                                        )   WAIVER OF DEFENDANT'S
12              Plaintiff,              )   PERSONAL APPEARANCE
                                        )
13  vs.                                 )
                                        )
14  CATHERINE O'CONNOR,                 )
                                        )
15              Defendant.              )
                                        )
16  _____)

17       TO THE ABOVE-ENTITLED COURT:

18       The Defendant CATHERINE O'CONNOR, having been advised of her right to be

19  present at all stages of proceedings, including, but not limited to, presentation of and arguments

20  on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

21  waives the right to be present at the hearing of any motion or other proceeding in this cause.

22  Examples of hearings concerning which the defendant waives the right to be present include

23  when the case is set for trial, when a continuance is ordered, when a motion to set aside an

24  indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

25  when a motion for reduction of bail or for a personal recognizance release is heard.

26       The undersigned Defendant requests the Court to proceed during every absence of the

27  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

28  is represented at all times by the presence of her attorney the same as if the Defendant were

1  personally present in court, and further agrees that notice to Defendant's attorney that
2  Defendant's presence in court on a particular day at a particular time is required is notice to the
3  Defendant of the requirement of Defendant's appearance at that time and place.

5  Dated: July 22, 2007

By: /s/ Catherine O'Connor
CATHERINE O'CONNOR

7  Dated: July 24, 2007

By: /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
CATHERINE O'CONNOR

10  IT IS SO ORDERED.

11  **Dated:   July 27, 2007**            /s/ William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE