**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile  (559) 449-9016

Attorney for Defendant, CATHERINE O'CONNOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE O'CONNOR,<br><br>Defendant. | CASE #6:07-mj-00146-WMW<br><br>STIPULATION TO CONTINUE<br>UNTIL FEBRUARY 12, 2008 |

IT IS HEREBY STIPULATED by and between the Defendant, CATHERINE O'CONNOR, her Attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for January 29, 2008, at 10:00 a.m. be continued until February 12, 2008 at 10:00 a.m. due to the illness of defense counsel.

Dated: January 28, 2008

By:  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
CATHERINE O'CONNOR

Dated: January 28, 2008

By:  /s/ Elizabeth Waldow
Elizabeth Waldow
Legal Officer for
United States Government

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Status Conference until February 12, 2008 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference for Defendant, CATHERINE O'CONNOR, shall be continued to February 12, 2008 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   January 29, 2008            /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE